Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* in No. 00–596 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 218 F. 3d 30.

No. 00–391. FLORIDA *v.* THOMAS. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 00–763. POLLARD *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 6th Cir. Certiorari granted. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–6374. BECKER *v.* MONTGOMERY, ATTORNEY GENERAL OF OHIO, ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 99–1285. DESIDERIO *v.* NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. C. A. 2d Cir. Certiorari denied.

No. 99–8779. THOMAS *v.* UNITED STATES; and
No. 99–9600. THOMAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 204 F. 3d 381.

No. 99–9552. BROWN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 99–10251. EICHWEDEL *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–164. LOPEZ-ELIAS *v.* RENO, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 00–194. OROZCO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–195. RIGA ET UX. *v.* ALEXANDER ET AL. C. A. 3d Cir. Certiorari denied.